## United States Bankruptcy Court
### District of Nevada

In re  **Louise Coleman**                                            Case No.  **09-10352**
                        Debtor(s)                                    Chapter   **11**

## Notice of Change of Address

Debtor's Social Security Number:            xxx-xx-7123

**My (Our) Former Mailing Address and Telephone Number was:**

Name:             **Louise Coleman**

Street:           **2138 Cary Grant Court**

City, State and Zip:  **Las Vegas, NV 89142**

Telephone #:

**Please be advised that effective June 01, 2009,
my (our) new mailing address and telephone number is:**

Name:             **Louise Coleman**

Street:           **P.O. Box 621906**

City, State and Zip:  **Las Vegas, NV 89162**

Telephone #:

                                                    **/s/ Louise Coleman**
                                                    **Louise Coleman**
                                                    Debtor