**Entered on Docket
October 20, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

---

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Litton Loan Servicing
09-71786 / 100907245

*Lodge*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Louise Coleman<br><br><br><br>                    Debtors. | BK-S-09-10352-mkn<br><br>MS Motion No.<br>Date:  6/24/09<br>Time:  9:30 a.m.<br><br>Chapter 11 |

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 12 Monthly Payments at $1,216.01 (March 1, 2008-February 1, 2009) | $ 14,592.12 |
| 4 Monthly Payment at $1,213.60 (March 1, 2009 – June 1, 2009) | $  4,854.40 |
| Total Arrearages | $ 19,446.52 |

The above arrearages shall be paid in six (6) monthly installments of $3,391.09. These payments shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the July 20 ,2009 payment and continuing throughout and concluding on or before December 20, 2009.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the fees and costs for a total of $900.00 shall be paid on January 20, 2010 by paying ½ of total fees, in the amount of $450 and the remaining $450 shall be paid on February 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the July 1, 2009 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 2138 Cary Grant Court , Las Vegas, NV 89142, and legally described as follows:

PARCEL ONE:
LOT 97 IN BLOCK 3 OF COTTONWOOD AT SUNRISE MOUNTAIN PHASE II, AS SHOWN BYMAP THEREOF ON FILE IN BOOK 94 OF PLATS, PAGE 85 IN THE OFFICE OF THE COUNTYRECORDER OF CLARK COUNTY, NEVADA.
PARCEL TWO:
A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS AND THE USE OF THE COMMONELEMENTS AND PRIVATE DRIVES OF THE ABOVE REFERENCED MAP.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each

1  such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be
2  paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure
3  the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to
4  Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the
5  subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete
6  possession thereof.

Submitted by:

WILDE & ASSOCIATES

By_____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

U.S. Trustee - LV - 11                          Charles T. Wright

By_____N/A_____   By_____Sherry Moore for Charles T. Wright____
                                                 Bar #011215
U.S. Trustee - LV - 11                          Charles T. Wright
Chapter 13 Trustee                              Attorney for Debtors
300 Las Vegas Boulevard S.                      3130 S. Rainbow Blvd.
Las Vegas, NV 89101                             Las Vegas, NV 89146