CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
PIET & WRIGHT
3130 S. Rainbow Blvd., Ste. 304
Las Vegas, Nevada 89146
*Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>COLEMAN, LOUISE<br><br>Debtor(s), | CASE NO.: BK-S 09-10352-MKN<br>IN CHAPTER 11 PROCEEDINGS<br><br>**NOTICE OF HEARING FOR MOTION TO VALUE COLLATERAL**<br><br>Hearing Date: March 17, 2010<br>Hearing Time: 9:30 A.M. |

**NOTICE IS HEREBY GIVEN** that the MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF HOUSEHOLD MORTGAGE SERVICES (ACCT. ENDING IN 3798) PURSUANT TO 11 U.S.C. 506(A) was filed on February 9, 2010, by CHARLES T. WRIGHT, ESQ. The Motion seeks the following relief:

1.   That HOUSEHOLD MORTGAGE SERVICES (ACCT. ENDING IN 3798) is not a holder of a lien on the Subject Property;

2.   Immediately avoid: "Strip off", cancel and extinguish HOUSEHOLD MORTGAGE SERVICES's (ACCT. ENDING IN 3798) wholly unsecured claim/lien from the Subject Property pursuant to 11 U.S.C. Section 506(a);

3.   Reclassify HOUSEHOLD MORTGAGE SERVICES (ACCT. ENDING IN 3798) claim as general unsecured claim to be paid pro rata with other general unsecured creditors.

4.   Such other relief the Court finds appropriate.

Any opposition must be filed pursuant to Local Rule 9014(d)(1).

1

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* after the date of this Notice. If the hearing date has been set on less than 14 days' notice, then the opposition must be filed and served *no later than 5 business days* before the hearing.  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Court Room No. 2, Las Vegas, Nevada 89101 on March 17, 2010, at the hour of 9:30 A.M.

DATED this 9th day of February, 2010.

Respectfully submitted,

PIET & WRIGHT

By: /s/ Charles T. Wright
    CHARLES T. WRIGHT, ESQ.
    Nevada Bar No. 10285
    3130 S. Rainbow Blvd., Ste. 304
    Las Vegas, Nevada 89146
    *Attorney for Debtor*