CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
PIET & WRIGHT
509 South 7th Street
Las Vegas, Nevada 89101
*Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>COLEMAN, LOUISE<br><br>Debtor(s), | CASE NO.: BK-S 09-10352 MKN<br>IN CHAPTER 11 PROCEEDINGS<br><br>Hearing Date:<br>Hearing Time: |

**DECLARATION UNDER PENALTY OF PERJURY OF CHARLES T. WRIGHT, ESQ., IN SUPPORT OF OPPOSITION TO DECLARATION REGARDING BREACH OF CONDITION**

I, Charles T. Wright, declare under penalty of perjury the following:

1. That I am an attorney at law and a member in good standing of the State Bars of Nevada and Utah, as well as the bar of the United States District Court for the Districts of Nevada and Utah.

2. That I make this Declaration Under Penalty of Perjury in support of the Opposition to Declaration Regarding Breach of Condition.

3. That on February 17, 2010, Wilde and Associates filed a Declaration of Regarding Breach of Condition on behalf of Litton Loan Servicing, L.P for an Adequate Protection Order that was wrongly signed on September 23, 2009

4. That on September 23, 2009 Attorney Sherry Moore, Esq. appeared on behalf of Debtor at the hearing on the Motion for Relief from Stay on property located at 2138 Cary Grant Court, filed by Litton Loan Servicing. At the hearing attorney Moore signed the proposed order regarding adequate protection out of error.

**5.** That since the signing of the order there has been communications with Wilde & Associates to prepare an Order Pledging Rents on the Property. Our office has yet to

1

receive the proposed order. This is likely due to an Adequate Protection Order for the property existing in their office

6.    That lifting the Stay on the Debtor's property would be detrimental to the client's plan and tenant.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

Dated this 19th day of February, 2010.

       /s/ Charles T. Wright  
      CHARLES T. WRIGHT, ESQ.

PIET & WRIGHT
ATTORNEYS AT LAW
509 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 566-1212
Facsimile: (702) 566-4833