Entered on Docket
July 19, 2010

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Litton Loan Servicing
09-71786

# UNITED STATES BANKRUPTCY COURT
## SOUHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 09-10352-mkn |
| Louise Coleman | Motion no.<br>Date:<br>Time: |
| | Chapter 11 |
| Debtors. | |

### ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on February 17, 2010 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to

Secured Creditor, Litton Loan Servicing its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 2138 Cary Grant Court, Las Vegas NV and legally described as follows:

PARCEL ONE:
LOT 97 IN BLOCK 3 OF COTTONWOOD AT SUNRISE MOUNTAIN PHASE II, AS SHOWN BYMAP THEREOF ON FILE IN BOOK 94 OF PLATS, PAGE 85 IN THE OFFICE OF THE COUNTYRECORDER OF CLARK COUNTY, NEVADA.
PARCEL TWO:
A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS AND THE USE OF THE COMMONELEMENTS AND PRIVATE DRIVES OF THE ABOVE REFERENCED MAP.

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

Wilde & Associates

By **/S/GREGORY L. WILDE**
_____
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107